CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 09 2007

JOHN F. CORCORAN, CLERK
BY: /s/ HMcDonald
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES A. BROWN, JR.,<br>Plaintiff, | Civil Action No. 7:07CV00144 |
| v. | ORDER |
| GENE JOHNSON,<br>Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

as follows:

(1) Plaintiff's petition shall be construed as a complaint pursuant to 42 U.S.C. § 1983.

(2) Plaintiff's complaint shall be and hereby is **DISMISSED** and this action shall be stricken from the active docket of this court.

(3) Plaintiff's motion for leave to proceed in forma pauperis shall be and hereby is **DENIED** as **MOOT**.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 9th day of May, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge